FILED
CLERK, U.S. DISTRICT COURT

OCT 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                    Plaintiff, ) CASE NO. 14-2107M
)
v. )
) ORDER OF DETENTION
Arturo Ernesto Moroy- ) [Fed. R. Crim. P. 32.1(a)(6);
Alvarado ) 18 U.S.C. § 3143 (a)]
                    Defendant. )

## I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __WD Tx__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __PRIOR REENTRIES__ __NO PTS INTERVIEW__

1
2 _____
3 _____
4   and/or
5 B. (X)   The defendant has not met his/her burden of establishing by clear and
6   convincing evidence that he/she is not likely to pose a danger to the safety of
7   any other person or the community if released under 18 U.S.C. § 3142(b) or
8   (c). This finding is based on _____
9   _____Prior Records_____
10 _____
11 _____
12 _____
13
14   IT IS THEREFORE ORDERED that the defendant be detained pending
15   further revocation proceedings.
16
17
18 Dated: 10/24/14
19
20
21   _____
   MICHAEL R. WILNER
22   UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28